No. 360. LOUISIANA & ARKANSAS RAILWAY CO. *v.* JOHNSON. C. A. 5th Cir. Certiorari denied. *M. Truman Woodward, Jr., Joseph R. Brown* and *Elizabeth R. Haak* for petitioner. *Robert Weinstein* for respondent.

No. 364. KLOIBER ET AL. *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Everett Kent* for petitioners.

No. 365. POVEY *v.* MIDVALE COMPANY. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Lester J. Schaffer* for petitioner. *Frederick H. Knight* for respondent.

No. 366. KNICKERBOCKER PRINTING CORP. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Monroe Goldwater* and *James L. Goldwater* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton* and *John F. Davis* for the United States.

No. 369. LEO J. MEYBERG CO. *v.* EUREKA WILLIAMS CORP. C. A. 9th Cir. Certiorari denied. *H. W. Glensor* for petitioner. *Maurice D. L. Fuller* and *Thomas E. Haven* for respondent.

No. 371. GUESSEFELDT *v.* BROWNELL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert F. Klepinger, William W. Barron* and *Charles R. Richey* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Townsend, James D. Hill* and *Irwin A. Seibel* for respondents.